# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ASATUR ASATRYAN,

     Petitioner,

    v.

WARDEN, CALIFORNIA CITY
CORRECTIONS CENTER, et al.,

     Respondents.

Case No.  1:26-cv-01050-KES-SKO (HC)

FINDINGS AND RECOMMENDATION TO
DISMISS PETITION AS DUPLICATIVE

[TEN DAY OBJECTION PERIOD]

On January 20, 2026, Petitioner filed the instant federal petition challenging his current detention. On February 10, 2026, the District Court issued an order directing Petitioner to show cause why the petition should not be dismissed as duplicative of the previously filed petition in Case. No. 1:26-cv-00996-KES-SKO. (Doc. 17.) Petitioner was directed to do so by February 12, 2026, but he failed to comply.

## RECOMMENDATION

Accordingly, the Court HEREBY RECOMMENDS that the instant petition be dismissed as duplicative.

This Findings and Recommendation is submitted to the United States District Court Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of

California.  Within ten (10) days after being served with a copy of this Findings and Recommendation, a party may file written objections with the Court and serve a copy on all parties. Id. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendation" and shall not exceed fifteen (15) pages, except by leave of court with good cause shown. The Court will not consider exhibits attached to the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. Any pages filed in excess of the fifteen (15) page limitation may be disregarded by the District Judge when reviewing these Findings and Recommendations pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014).  This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment.

IT IS SO ORDERED.

Dated:   **February 17, 2026**              /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

2