# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASATUR ASATRYAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, CALIFORNIA CITY CORRECTIONS CENTER, et al.,<br><br>　　　　Respondents. | Case No. 1:26-cv-1050 KES SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION AS DUPLICATIVE, AND DIRECTING CLERK OF COURT TO CLOSE THIS CASE<br><br>Doc. 19 |

　　　　Asatur Asatryan is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking to challenge his current detention.

　　　　The magistrate judge found this action to be duplicative of a petition filed in Case No. 1:26-cv-00996-KES-SKO, and recommended this petition be dismissed. Doc. 19 at 1-2. On February 18, 2026, the Court served the findings and recommendations upon all parties, with a notice that any objections were due within ten days. Doc. 19 at 2. Respondents notified the Court that they had no objections. Doc. 20. Petitioner did not file objections.

　　　　In accordance with 28 U.S.C. § 636 (b)(1), the Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

The Court **ORDERS**:

1. The findings and recommendations issued on February 18, 2026 (Doc. 19), are **ADOPTED** in full.
2. The petition is **DISMISSED** without prejudice, as duplicative.
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    March 12, 2026

_____
UNITED STATES DISTRICT JUDGE